Larry L. Baumbach, Bar No. 50086
llblaw@sandpipernet.com
LAW OFFICES OF LARRY L. BAUMBACH
2531 Forest Ave., Suite 100
Chico, California 95928
Telephone:    530.891.6222
Fax No.:      530.852.3969

Attorney for Plaintiff
JOEL ZEPEDA


Richard L. Gillespie, Bar No. 275519
rgillespie@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, California 94597
Telephone:    925.932.2468
Fax No.:      925.946.9809

Douglas L. Ropel, Bar No. 300486
dropel@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, California 95814
Telephone:    916.830.7200
Fax No.:      916.561.0828

Attorneys for Defendant
USA WASTE OF CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL ZEPEDA,<br><br>        Plaintiff,<br><br>   v.<br><br>WASTE MANAGEMENT, INC.; USA WASTE OF CALIFORNIA, INC. A WASTE MANAGEMENT COMPANY; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>        Defendants. | Case No. 2:23-cv-00932-MCE-DMC<br><br>**JOINT STIPULATION TO MODIFY SCHEDULING ORDER; ORDER**<br><br><br><br>Complaint Filed:  February 28, 2023 |

Plaintiff JOEL ZEPEDA ("Plaintiff") and Defendants WASTE MANAGEMENT, INC. and USA WASTE OF CALIFORNIA, INC. ("Defendants") (collectively Plaintiff and Defendants are referred to herein as the "Parties"), by and through their respective counsel of record, hereby stipulate to continue the deadlines set by the Initial Pretrial Scheduling Order (ECF Dkt. 2) and the Parties Joint Rule 26(f) Discovery Plan (ECF Dkt. 5).

WHEREAS, Plaintiff filed the operative First Amended Complaint on **April 18, 2023**, in the Superior Court of California, County of Butte;

WHEREAS, Defendants removed this matter to the United States District Court, Eastern District of California on **May 18, 2023**;

WHEREAS, on **May 19, 2023**, the Court issued an Initial Pretrial Scheduling Order that set forth the following litigation dates:

- Non-expert discovery completion date – **May 17, 2024**;
- Expert witness disclosure deadline – **July 16, 2024**;
- Supplemental expert witness disclosure deadline – **August 15, 2024**;
- Expert witness discovery completion date – **October 14, 2024**; and
- Dispositive motion deadline – **November 13, 2024**;

WHEREAS, the Parties have agreed to participate in a private mediation, are currently selecting a mediator and a mediation date, anticipate that they will complete the mediation by **July 31, 2024**, and the Parties seek to stay litigation activities in order to focus their efforts on potential resolution of this matter;

WHEREAS, the Parties respectfully request that the Court modify the Initial Pretrial Scheduling Order and reset the litigation dates as follows (or other dates as the Court sees fit);

- Non-expert discovery completion date – **October 17, 2024**;
- Expert witness disclosure deadline – **December 16, 2024**;
- Supplemental expert witness disclosure deadline – **January 16, 2025**;
- Expert witness discovery completion date – **March 14, 2025**; and
- Dispositive motion deadline – **April 14, 2025**.

Dated: March __, 2024                LAW OFFICES OF LARRY L. BAUMBACH

*/s/ Larry L. Baumbach* (Approved on 3/22/2024)
Larry L. Baumbach

Attorneys for Plaintiff
JOEL ZEPEDA

Dated: March 13, 2024                    LITTLER MENDELSON, P.C.


*/s/ Douglas L. Ropel*
Richard L. Gillespie
Douglas L. Ropel

Attorneys for Defendant
USA WASTE OF CALIFORNIA, INC.

## **ORDER**

AS STIPULATED, the Pretrial Scheduling Order is modified as follows:

- Non-expert discovery completion date – **October 17, 2024**;

- Expert witness disclosure deadline – **December 16, 2024**;

- Supplemental expert witness disclosure deadline – **January 16, 2025**;

- Expert witness discovery completion date – **March 14, 2025**; and

- Dispositive motion deadline – **April 14, 2025**.

IT IS SO ORDERED.

Dated: April 15, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE