LARRY L. BAUMBACH (State Bar No. 50086)
LAW OFFICES OF LARRY L. BAUMBACH
2531 Forest Ave., Suite 100
Chico, CA 95928
Telephone: 530-891-6222
Email: llblaw@sandpipernet.com

**Attorneys for Plaintiff**
JOEL ZEPEDA

Richard L. Gillespie, Bar No. 275519
rgillespie@littler.com
LITTLER MENDELSON, P.C.
1255 Treat Blvd., Suite 600
Walnut Creek, California  94597
Telephone:     925.932.2468
Fax: 925.9409687

Douglas L. Ropel, Bar No. 300486
dropel@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, California  95814
Telephone:     916.830.7200

**Attorneys for Defendant**
USA WASTE OF CALIFORNIA, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL ZEPEDA,<br><br>    Plaintiff,<br><br>    vs.<br><br>WASTE MANAGEMENT, INC., USA WASTE OF CALIFORNIA, INC. A WASTE MANAGEMENT COMPANY; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>    Defendants, | Case No. 2:23-cv-00932-MCE-DMC<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Joel Zepeda ("Plaintiff") and Defendant USA Waste of California, Inc. ("USA Waste") by and through their counsel of record (Plaintiff and USA Waste are collectively referred to as the "Parties") to this action, through their designated counsel, that, having reached settlement in the case, that the above-captioned action be and hereby is dismissed with prejudice in its entirety pursuant to FRCP 41(a)(1), each party to bear its own respective attorneys' fees and costs.  The Parties further stipulate that, to the extent permitted, this Court shall retain jurisdiction to enforce the settlement agreement signed by the Parties.

Dated: 8.22.2024

LAW OFFICE OF LARRY L. BAUMBACH

By: */s/ Larry L. Baumbach*
_____
   LARRY L. BAUMBACH
Attorney for Plaintiff JOEL ZEPEDA

Dated: 8/22/2024

LITTLER MENDELSON, P.C.

By: [signature]
_____
Richard L. Gillespie
Douglas L. Ropel
Attorney for Defendant
USA WASTE OF CALIFORNIA, INC

**ORDER**

Pursuant to the stipulation of the Parties under Federal Rule of Civil Procedure FRCP 41(a)(1), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED IN ITS ENTIRETY WITH PREJUDICE, with each Party bearing its own respective attorneys' fees and costs.   This Court shall retain jurisdiction to enforce the settlement agreement signed by Plaintiff and Defendants.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  September 2, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE